1 | Leonard M. Shulman - Bar No. 126349
Brandon J. Iskander - Bar No. 300916

2 | **SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600

3 | Irvine, California 92618
Telephone:    (949) 340-3400

4 | Facsimile:    (949) 340-3000
Email:        LShulman@shbllp.com

5 |              BIskander@shbllp.com

6 | Proposed Attorneys for Plaintiff Lynda T. Bui,
Chapter 7 Trustee

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10 |

11 | In re | Case No. 6:19-bk-10263-SY

12 | **GEORGE W. NASR** | Chapter 7
*aw* **American General Private Security Corp**

13 | *aw* **A&G Uniform Inc.,** | Adv. Case No.

14 | Debtor. | **COMPLAINT FOR:**

15 | | 1. **AVOIDANCE OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550; CAL. CIV. CODE §§ 3439.04, 3439.07];**

16 | LYNDA T. BUI, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of George W. Nasr,

17 |

18 | Plaintiff, | 2. **AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550; CAL. CIV. CODE §§3439.04, 3439.05, 3439.07];**

19 | vs.

20 | SARA SAMAAN aka
SARA SAMIR SAMAAN, an individual,

21 | Defendant. | 3. **PRESERVATION OF AVOIDED TRANSFERS [11 U.S.C. § 551];**

22 |

23 | | 4. **DISALLOWANCE OF CLAIMS [11 U.S.C. § 502(d)]; and**

24 |

25 | | 5. **UNJUST ENRICHMENT [11 U.S.C. § 105]**

26 |

27 |

28 |

Lynda T. Bui, solely in her capacity as the duly appointed and acting Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate ("Estate") of George W. Nasr ("Debtor") hereby brings this Complaint and respectfully complains and alleges as follows:

## I.    <u>STATEMENT OF JURISDICTION AND VENUE</u>

1.    This adversary proceeding is filed pursuant to Federal Rule of Bankruptcy Procedure 7001(1) (a proceeding to recover money or property).

2.    Plaintiff, as Trustee for the Debtor's Estate, has standing to bring this action under 11 U.S.C. §§ 323, 544, 548, and 550.

3.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 in that this action arises in and relates to the Debtor's bankruptcy pending in the United States Bankruptcy Court for the Central District of California, Riverside Division entitled <u>In re George W. Nasr</u>, Case No. 6:19-bk-10263-SY ("Main Bankruptcy Case") on the Court's docket.

4.    This action is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) (matters concerning the administration of the estate) and (b)(2)(H) (proceeding to determine, avoid or recover fraudulent conveyances).    To the extent any related claims are determined not to be a core proceeding, Plaintiff consents to an entry of final judgment and orders by the Bankruptcy Court.

5.    Venue is proper in this District pursuant to 28 U.S.C. § 1409(a), as this adversary proceeding arises under Title 11, or arises under or relates to a case under Title 11, which is pending in this District and does not involve a consumer debt less than $19,250.00.

6.    To the extent that the Plaintiff asserts claims under 11 U.S.C. § 544, the Plaintiff is informed and believes and based thereon alleges that there exists in this case one or more creditors holding unsecured claims allowable under 11 U.S.C. § 502 or are not allowable under 11 U.S.C. § 502(e), who can avoid the respective transfers as set forth hereinafter under California or other applicable law.

## II.    <u>PARTIES</u>

7.    Plaintiff is the duly appointed, qualifying, and acting Chapter 7 Trustee for the Debtor's Estate, and brings the claims asserted herein in that capacity.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8.    Plaintiff is informed and believes and thereon alleges that the Defendant, Sara Samaan aka Sara Samir Samaan ("Defendant"), is an individual residing in the County of Riverside, State of California.

### III.    GENERAL ALLEGATIONS

9.    The Debtor filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code on January 11, 2019 ("Petition Date").

10.    On December 30, 2015, the Debtor and his then wife Lorin Nagy Mansour took title by Grant Deed recorded in the official records of the Riverside County Recorder's Office (Document No. 2015-0560984) to the real property located at 3432 Eagle Crest Drive, Corona, CA 92881 ("Property") as husband and wife, joint tenants.  A true and correct copy of the December 2015 Grant Deed is attached hereto as **Exhibit 1**.

11.    The Plaintiff is informed and believes that in taking title to the Property as husband and wife as joint tenants, the Property was the Debtor's community property.  Brace v. Speier (In re Brace), 566 B.R. 13 (B.A.P. 9th Cir. 2017).

12.    On the Petition Date, all community property related to the Debtor became property of Estate for which the Plaintiff serves.  11 U.S.C. § 541.

13.    On June 22, 2016, the Debtor and his then wife Lorin Nagy Mansour transferred title to the Property by Quitclaim Deed recorded in the official records of the Riverside County Recorder's Office (Document No. 2016-0254822) from themselves as husband and wife as joint tenants to themselves as trustees of their revocable trust, the Ana and Josy Trust u/a dated September 13, 2013.  A true and correct copy of the June 2016 Quitclaim Deed is attached hereto as **Exhibit 2**.

14.    Under California law, There is no distinction between property owned by the revocable trust and property owned by the settlor of such a revocable trust during the lifetime of the settlor.  Carolina Gas Ins. Co. v. L.M. Ross Law Group, LLP, 184 Cal. App. 4th 196, 208 (2010).

15.    On August 7, 2017, the Debtor and his then wife Lorin Nagy Mansour transferred title to the Property by Grant Deed recorded in the official records of the Riverside County Recorder's Office (Document No. 2017-0322442) from themselves as trustees of their revocable trust to themselves as trustees of their revocable trust and to the Defendant, all as joint tenants

("Transfer").  A true and correct copy of the August 2017 Transfer Deed ("Transfer Deed") is attached hereto as **Exhibit 3**.

16.  The Transfer Deed as described in Paragraph 15 was for no consideration as clearly indicated by the lack of documentary transfer tax or city tax assessed for the Transfer.  Further, the Transfer Deed states: "This conveyance changes the manner in which title is held, grantor(s) and grantee(s) remain the same and continue to hold the same proportionate interest, R & T 11911."

17.  After the Transfer, on August 28, 2017, the Debtor, his then wife Lorin Nagy Mansour as trustees of their revocable trust and the Defendant transferred title to the Property by Grant Deed recorded in the official records of the Riverside County Recorder's Office (Document No. 2017-0356415) from themselves jointly to the Defendant as her sole and separate property ("Subsequent Transfer").  A true and correct copy of the August 2017 Subsequent Transfer Deed ("Subsequent Transfer Deed") is attached hereto as **Exhibit 4**.

18.  The Subsequent Transfer Deed as described in paragraph 17 was for no consideration as clearly stated therein: "This is a bonafide gift and the grantor received nothing in return, R & T 11911."

19.  Under California law, a grantor is judicially estopped from denying the terms of a deed signed and delivered by the grantor to the grantee.  As such, the admission of the Debtor, his then wife Lorin Nagy Mansour, and the Defendant in the Subsequent Transfer Deed that the Subsequent Transfer was for no consideration is binding upon them and conclusive.  See Tartar v. Hall, 3 Cal. 263, 266 (1853); see also Cal. Evid. Code §§ 620, 622 and 623.

20.  On February 12, 2019 at 10:00 a.m., a Section 341a meeting of creditors ("Meeting") was held in the Main Bankruptcy Case.

21.  At the Meeting, the Plaintiff as Trustee of the Estate examined the Debtor, who testified under oath.

22.  At the Meeting, the Debtor testified that his business "started to go down" in the beginning of 2016.

23.  At the Meeting, the Debtor testified that he knows the Defendant from church and that he sold the Property to the Defendant at a loss.

24.    At the Meeting, the Debtor testified that the only consideration he received for transferring the Property to the Defendant was Defendant's payment of Debtor's loan for the Property in full.

25.    At the Meeting, the Debtor testified that the Debtor netted no funds from the Transfer or Subsequent Transfer.

26.    At the Meeting, the Debtor testified that he sold a truck to the Defendant's husband Samer Kauzman.

27.    At the Meeting, the Debtor testified that he had no relationship with the Defendant's husband other than a sale of a truck.

28.    At the Meeting, the Debtor testified that he had no relationship with the Defendant other than his ex-wife's discussions at church with the Defendant's mother.

29.    At the Meeting, the Debtor testified that he still resides with his ex-wife Lorin Nagy Mansour.

30.    On the Debtor's Schedule I, the Debtor disclosed under penalty of perjury that his current employer was Safeco Private Security Inc. ("Safeco"). A true and correct copy of the Debtor's Schedule I included with his addendum to his bankruptcy petition in the Main Bankruptcy Case is attached hereto as **Exhibit 5**.

31.    On the Debtor's Statement of Financial Affairs, the Debtor disclosed under penalty of perjury that the name of the accountant or bookkeeper for his two businesses American General Private Security Corp. and A&G Uniform Inc. is Karam Azmy. A true and correct copy of the Debtor's Statement of Financial Affairs including with his addendum to his bankruptcy petition in the Main Bankruptcy Case is attached hereto as **Exhibit 6**.

32.    A review of corporate records for the Debtor's employer, Safeco, filed with the California Secretary of State shows that Karam Azmy was the incorporator for Safeco and that the Defendant's husband is Safeco's chief executive officer, secretary, chief financial officer, and sole director located at the Property. True and correct copies of Safeco's articles of incorporation and statement of information filed with the California Secretary of State are attached hereto as **Exhibit 7**.

33.    The Defendant and the Defendant's husband are insiders of the Debtor.  U.S. Bank N.A. v. Vill. At Lakeridge, LLC (In re Vill. at Lakeridge, LLC), 814 F.3d 993, 1001-02 (9th Cir. 2016).

34.    Upon information and belief, the Debtor concealed the true extent of his relationship with the Defendant and Defendant's husband at the Meeting.

### IV.    FIRST CLAIM FOR RELIEF

**Avoidance and Recovery of Intentional Fraudulent Transfers**

**[11 U.S.C. §§ 544, 548, 550; Cal. Civ. Code § 3439.04, 3439.07]**

35.    Plaintiff hereby incorporates by reference paragraphs 1 through 34 and realleges these paragraphs as though set forth in full.

36.    The Transfer and Subsequent Transfer as alleged above are of the Debtor's property. Plaintiff specifically reserves the right to amend this Complaint to allege additional transfers which may become known after further investigation and discovery.

37.    The Transfer and Subsequent Transfer were made on or within four (4) years of the Petition Date, but in no event longer than seven (7) years prior to the Petition Date.

38.    The Transfer and Subsequent Transfer were made with the intent to hinder, delay or defraud the Debtor's creditors.

39.    The Transfer and Subsequent Transfer were for no consideration or for less than reasonably equivalent value.

40.    The Transfer and Subsequent Transfer were to or for the benefit of an insider of the Debtor.

41.    The Transfer and Subsequent Transfer were made at a time when the Debtor was insolvent and/or rendered insolvent by virtue of said Transfer and/or Subsequent Transfer.

42.    The Transfer and Subsequent Transfer occurred shortly before or shortly after a substantial debt was incurred.

///

///

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

43.    Based on the foregoing, Plaintiff may avoid the Transfer and Subsequent Transfer and recover the equivalent value of the Transfer and Subsequent Transfer for the Estate from the Defendant for whose benefit the Transfer was made pursuant to 11 U.S.C. §§ 544, 548 and 550, and California Civil Code §§ 3439.04 and 3439.07.

## V.    SECOND CLAIM FOR RELIEF

### Avoidance and Recovery of Constructive Fraudulent Transfers

### [11 U.S.C. §§ 544, 548, 550, 551; Cal. Civ. Code §§ 3439.04, 3439.05, 3439.07, 3439.08, 3439.09]

44.    Plaintiff hereby incorporates by reference paragraphs 1 through 34 and realleges these paragraphs as though set forth in full.

45.    Plaintiff is informed and believes, and based thereon alleges, that the Debtor had creditors at the time of the Transfer and Subsequent Transfer that remain unpaid as of the Petition Date.

46.    Plaintiff is informed and believes and based thereon alleges that the Transfer and Subsequent Transfer were made on or within four (4) years of the Petition Date, but in no event no longer than seven (7) years prior to the Petition Date.

47.    Plaintiff is informed and believes and based thereon alleges that the Transfer and Subsequent Transfer were made:

(a)    For less than reasonably equivalent value, or any value, in exchange for said Transfer and Subsequent Transfer; and

(b)    The Debtor was insolvent on the date of the Transfer and Subsequent Transfer or became insolvent as a result of the Transfer and Subsequent Transfer; or

(c)    The Debtor intended to incur or believed (or reasonably should have believed), that they would incur debts beyond the Debtor's ability to pay such debts as they became due.

48.    Based upon the foregoing, Plaintiff may avoid the Transfer and Subsequent Transfer and recover the equivalent value of the Transfer and Subsequent Transfer for the benefit of the Estate from the Defendant, for whose benefit the Transfer and Subsequent Transfer were made pursuant to 11 U.S.C. §§ 544, 548 and 550, and California Civil Code §§ 3439.04 and 3439.07.

## VI.    THIRD CLAIM FOR RELIEF

### Preservation of Avoided Transfers

### [11 U.S.C. § 551]

49.    Plaintiff hereby incorporates by reference paragraphs 1 through 34 and realleges these paragraphs as though set forth in full.

50.    Plaintiff is informed and believes that the Defendant received avoidable transfers.

51.    Pursuant to 11 U.S.C. § 551, the Transfer and Subsequent Transfer are preserved for the benefit of the Estate.

## VII.    FOURTH CLAIM FOR RELIEF

### Disallowance of Claims by Defendant

### [11 U.S.C. § 502(d)]

52.    Plaintiff hereby incorporates by reference paragraphs 1 through 34 and realleges these paragraphs as though set forth in full.

53.    Defendant is an entity from which property is recoverable under 11 U.S.C. § 550 and Defendant received an avoidable transfer under 11 U.S.C. § 544.

54.    Defendant has not paid the amount or turned over any such Property for which Defendant is liable under 11 U.S.C. §§ 522(i), 542, 543, 544, 550, and 553.

55.    Pursuant to 11 U.S.C. § 502(d), to the extent Defendant files a claim against the Debtor's Estate, such claim should be disallowed.

## VIII.    FIFTH CLAIM FOR RELIEF

### Unjust Enrichment

### [11 U.S.C. § 105]

56.    Plaintiff hereby incorporates by reference paragraphs 1 through 34 and realleges these paragraphs as though set forth in full.

57.    The Defendant received a benefit through the Transfer and Subsequent Transfer, and Defendant's retention of the Transfer and Subsequent Transfer and/or the value of the Transfer and Subsequent Transfer, results in unjust retention of said benefit at the Estate's expense.

///

## IX.    PRAYER

**WHEREFORE**, Plaintiff prays that this Court enter judgment as follows:

1.      Avoiding the Transfer and Subsequent Transfer, and declaring that the Transfer and Subsequent Transfer be annulled and rendered void as fraudulent transfers, and ordering the recovery of the Transfer and Subsequent Transfer for the benefit of the Estate or the value of said Transfer and Subsequent Transfer for the benefit of the Estate, together with interest thereon at the legal rate from the date of the Transfer and Subsequent Transfer;

2.      That the Transfer and Subsequent Transfer are avoided and shall be preserved for the benefit of the Estate pursuant to 11 U.S.C. § 551;

3.      That if Defendant fails or refuses to turn over the Transfer and Subsequent Transfer, and/or the value of the Transfer and Subsequent Transfer to Plaintiff, any claim of the Defendant shall be disallowed;

4.      Declaring that the Defendant was unjustly enriched by the Transfer and Subsequent Transfer, and for an order recovering and preserving the Transfer and Subsequent Transfer for the benefit of the Estate, or the value of the Transfer and Subsequent Transfer for the benefit of the Estate, together with interest thereon at the legal rate from the dates thereof;

5.      For costs of suit incurred herein, including attorneys' fees and costs as provided by applicable case law, statute and/or agreement of the parties; and

6.      For such other and further relief as the Court may deem just and proper under the circumstances of this case.

**SHULMAN HODGES & BASTIAN LLP**

DATED:  June 10, 2019                By:  _____/s/ Brandon J. Iskander_____
                                                        Leonard M. Shulman
                                                        Brandon J. Iskander
                                                        Proposed Attorneys for Plaintiff Lynda T. Bui,
                                                        Chapter 7 Trustee

# EXHIBIT 1

DOC # 2015-0560984
12/30/2015 08:00 AM Fees: $21.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: SOPHIA #466

RECORDING REQUESTED BY:
**Western Resources Title Company**
Order No. 105900 -*AF*
Escrow No. 17-8170-WI
Parcel No. 108-391-013 - *8*

AND WHEN RECORDED MAIL THIS
DOCUMENT & TAX STATEMENT TO:

GEORGE NASR
1038 McCall Dr
Corona CA 92881

*TRA # 004-080*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS    *$544.50*

☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:    ☒ City of **Corona**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Margaret M. Pucci-Felder, Trustee of The Margaret M. Pucci Separate Property Trust dated April 19, 2006**

hereby GRANT(S) to    **George Nasr and Lorin Mansour**

husband and wife as joint tenants

the following described real property in the County of **Riverside**, State of California:
See EXHIBIT A attached hereto and made a part hereof for Complete Legal Description

Date    November 10, 2015

The Margaret M. Pucci Separate Property Trust dated
April 19, 2006

*Margaret M Pucci-Felder, Trustee*
By: Margaret M. Pucci-Felder, Trustee

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    }
COUNTY OF  Riverside    } s.s.

On November 17, 2015 , before me, Vannessa Ubierna , a Notary Public, personally appeared
Margaret M. Pucci-Felder
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraphs is true and correct.
WITNESS my hand and official seal.

Signature Vannessa Ubierna    (Seal)

VANNESSA UBIERNA
Commission # 1992354
Notary Public - California
Riverside County
My Comm. Expires Oct 25, 2016

EXHIBIT 1

# EXHIBIT "A"

**LEGAL DESCRIPTION**

Real property in the **City of Corona**, County of **Riverside**, State of **California**, described as follows:

**LOT 13 OF TRACT NO. 25468, AS PER MAP RECORDED IN BOOK 259, PAGES 67 TO 70, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

**EXCEPTING THEREFROM ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES BELOW A DEPTH OF 500 FEET, WITHOUT RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.**

APN: **108-391-013-8**

EXHIBIT 1

# ILLEGIBLE NOTARY SEAL DECLARATION

# GOVERNMENT CODE 27361.7

I CERTIFY UNDER PENALTY OF PERJURY THAT THE NOTARY SEAL ON THE DOCUMENT TO WHICH THIS STATEMENT IS ATTACHED READS AS FOLLOWS:

Name of Notary                                   Vannessa Ubierna

Date of Commission Expires                       Oct 25, 2016

Notary Identification Number                     1992354
                                                 (For Notaries commissioned after 1-1-1992)

Manufacturer / Vendor Identification Number:     NNA1
                                                 (For Notaries commissioned after 1-1-1992)

Place of Execution of this Declaration           Orange, Ca

County Where Bond is Filed                       Riverside

Date                                             12-28-2015

Western Resources Title

By: _____
              G. Provencio

EXHIBIT 1

# EXHIBIT 2

2016-0254822

**RECORDING REQUESTED BY:**
George Wafaie Nasr
Lorin Nagy Mansour

**WHEN RECORDED MAIL TO:**
George Wafaie Nasr and
Lorin Nagy Mansour, Trustees
P.O. Box 77713
Corona, CA  92877

APN: 108-391-013-8

06/22/2016 10:05 AM Fee: $ 28.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

| | | | R | A | Exam: | |
|---|---|---|---|---|---|---|
| Page | DA | PCOR | Misc | Long | RFD | 1st Pg | Adtl Pg | Cert | CC |
| SIZE | NCOR | SMF | NCHG | T: | DTT-0 | |

28

### QUITCLAIM DEED

The undersigned Quitclaimor(s) declare(s): Documentary transfer tax is <u>NONE</u>.

FOR NO CONSIDERATION, **GEORGE NASR and LORIN MANSOUR, Husband and Wife as Joint Tenants**, do hereby, REMISE, RELEASE, AND FOREVER QUITCLAIM to **GEORGE WAFAIE NASR and LORIN NAGY MANSOUR, Trustees of THE ANA & JOSY TRUST, u/a dated September 13, 2013**, all of their right, title, and interest in and to the following described real property located in the City of Corona, County of Riverside, State of California.

Legal Description: See Exhibit "A"

Commonly known as:  3432 Eagle Crest Dr., Corona, CA 92881

**Note:** Quitclaimors **GEORGE NASR and LORIN MANSOUR** are the same persons as Trustees **GEORGE WAFAIE NASR AND LORIN NAGY MANSOUR.**This conveyance transfers an interest into a revocable living trust and is exempt pursuant to Revenue and Taxation Code Sections 11911 and 11930.

Dated: June 18, 2016

_____
George Nasr

_____
Lorin Mansour

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California ⟩
⟩ ss.
County of San Bernardino ⟩

On June 18, 2016 before me, Tanya Willis, a Notary Public, personally appeared **GEORGE NASR and LORIN MANSOUR**, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities and that by their signatures on the instrument the persons, or the entities upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   [Seal]

TANYA WILLIS
COMM. #2018484
Notary Public - California
San Bernardino County
My Comm. Expires Apr. 8, 2017

### MAIL TAX STATEMENTS TO PARTY SHOWN ON THE FOLLOWING LINE:
George Wafaie Nasr and Lorin Nagy Mansour, Trustees - P.O. Box 77713, Corona, CA  92877

EXHIBIT 2

## EXHIBIT "A"

**LEGAL DESCRIPTION**

Real property in the **City of Corona,** County of **Riverside**, State of **California**, described as follows:

LOT 13 OF TRACT NO. 25468, AS PER MAP RECORDED IN BOOK 259, PAGES 67 TO 70, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES BELOW A DEPTH OF 500 FEET, WITHOUT RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

APN: **108-391-013-8**

EXHIBIT 2

# EXHIBIT 3

**Title365**

RECORDING REQUESTED BY:
Downtown Community Escrow Services,
Inc.
Order No. 17003177-22
Escrow No. 1677-bm
Parcel No. 108-391-013-8

AND WHEN RECORDED MAIL TO:

SARA SAMAAN
3432 EAGLE CREST DRIVE
CORONA, CA 92881

DOC # 2017-0322442
08/07/2017 02:19 PM Fees: $15.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: LISA #580

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

"This conveyance changes the manner in which title is held,
grantor(s) and grantee(s) remain the same and continue to hold the
same proportionate interest, R & T 11911."

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $  and CITY $
- [ ] computed on full value of property conveyed, or
- [ ] computed on full value less liens or encumbrances remaining at the time of sale.
- [ ] unincorporated area:    [✓] Corona, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **George Wafaie Nasr and Lorin Nagy Mansour, Trustees of the Ana and Josy Trust, u/a dated September 13, 2013**

hereby GRANT(S) to    George Wafaie Nasr and Lorin Nagy Mansour, Trustees of the Ana and Josy Trust, u/a dated
                        September 13, 2013 and Sara Samaan, a Married Woman as her sole and separate property, all
                        joint tenants

the following described real property in the County of **Riverside**, State of California:
Lot 13 of Tract No. 25468, as per map recorded in book 259, pages 67 to 70, inclusive, of maps in the office of the county
recorder of said county.
More commonly known as: **3432 Eagle Crest Drive, Corona, CA 92881**

Date    August 2, 2017

The Ana and Josy Trust

George Wafaie Nasr, Trustee

Lorin Nagy Mansour, Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document
to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _RIVERSIDE_    } S.S.

On _AUGUST 3, 2017_ , before me, _M. LIM, Notary Public_
personally appeared **George Wafaie Nasr and Lorin Nagy Mansour** who proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____    (Seal)


M. LIM
COMM. #2154047
Notary Public-California
RIVERSIDE COUNTY
My Comm. Exp. MAY 21, 2020

Mail Tax Statements to: SAME AS ABOVE or Address Noted Below

_Accommodation Recording_

**EXHIBIT 3**

# EXHIBIT 4

RECORDING REQUESTED BY
STEWART TITLE

DOC # 2017-0356415

08/28/2017 02:51 PM Fees: $18.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MARY #880

RECORDING REQUESTED BY:
Downtown Community Escrow Services,
Inc.
Order No. 17003177-22
Escrow No. 1677-bm
Parcel No. 108-391-013-8

AND WHEN RECORDED MAIL TO:

SARA SAMAAN
3432 EAGLE CREST DRIVE
CORONA, CA 92881

TRA 004-080

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $ and CITY $

☐ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:   ☒ Corona, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **George Wafaie Nasr and Lorin Nagy Mansour, Trustees of The Ana & Josy Trust, u/a dated September 13, 2013, and Sara Samaan, a married woman as her sole and separate property**

hereby GRANT(S) to    Sara Samir Samaan, **a Married Woman as her sole and separate property**

the following described real property in the County of **Riverside**, State of California:
Lot 13 of Tract No. 25468, as per map recorded in book 259, pages 67 to 70, inclusive, of maps in the office of the county recorder of said county.
More commonly known as: 3432 Eagle Crest Drive, Corona, CA  92881

Date    August 22, 2017

"This is a bonafide gift and the grantor received nothing in return, R & T 11911."

The Ana and Josy Trust:

By:

George Wafaie Nasr, Trustee

Lorin Nagy Mansour, Trustee

Sara Samir Samaan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles      } S.S.

On Aug 22, 2017, before me, Bishoy Gaid, A Notary Public,
personally appeared Sara Samir Samaan and George Wafaie Nasr and Lorin Nagy Mansour who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

BISHOY GAID
COMMISSION #2207455
Notary Public - California
LOS ANGELES
My Commission Expires
JULY 28, 2021

Mail Tax Statements to: SAME AS ABOVE or Address Noted Below

EXHIBIT 4

# 2-in-1 CERTIFICATION

Pursuant to the provisions of Government Code 27361.7, I certify under penalty of perjury that
the Notary Seal on the document to which this statement is attached reads as follows:

Name of Notary:   *Bishoy Gaid*

Commission no.:   *2207455*

County where bond is filed:   *Los Angeles*

Commission expiration date:   *July 26, 2021*

Vendor/Manufacturer's no:   *HMDI*

Pursuant to the provisions of Government Code 27361.7, I certify under penalty of perjury that
the illegible portion of this document to which this statement is attached reads as follows:

State of *California*
County of *Los Angeles*

On *Aug. 22, 2017* before me, *Bishoy Gaid*    A NOTARY PUBLIC, personally appeared *George Wafaie Nasr,*
*Sara Samir Samaan,*
*Lorin Nagy Mansour*  , who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____                    (Seal)

PLACE OF EXECUTION:   *Brea, CA*

DATE:   *8-28-17*

SIGNATURE:   _____
                    *Christina Gaytan*              , DPS Agent

EXHIBIT 4

# EXHIBIT 5

Fill in this information to identify your case:

Debtor 1      **George W. Nasr**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
    13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | **Operation Manager** | |
   | Employer's name | **Safeco Private Security Inc** | |
   | Employer's address | **18000 Studebaker Road, #700<br>Cerritos, CA 90703** | |
   | How long employed there? | **September 2018** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **5,525.00** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ **5,525.00** | $ **N/A** |

EXHIBIT 5

Debtor 1    **George W. Nasr**                                    Case number (*if known*)

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | 4. | $ | 5,525.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | 595.89 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ | 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ | 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ | 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ | 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ | 0.00 | $ N/A |
| | 5h. Other deductions. Specify: | 5h.+ | $ | 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 595.89 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 4,929.11 | $ N/A |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | $ | 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | $ | 0.00 | $ N/A |
| | 8e. Social Security | 8e. | $ | 0.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ | 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | $ | 0.00 | $ N/A |
| | 8h. Other monthly income. Specify:    **Contribution** | 8h.+ | $ | 1,500.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 1,500.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ | 6,429.11 + $ | N/A = $ 6,429.11 |

11.  **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:                                                                11.  +$       0.00

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies                                                          12.  $   6,429.11

Combined
monthly income

13.  **Do you expect an increase or decrease within the year after you file this form?**

☐  No.

■  Yes. Explain:    Debtor's monthly salary increased to $5525/month ($66300 per year) as of 2019 YTD.  Schedule I reflects increase in monthly salary.

Contribution is from ex-wife for rent and part of living expenses for the 2 kids.

EXHIBIT 5

# EXHIBIT 6

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **George W. Nasr** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☐  Married
■  Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐  No
■  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | **$2,550.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

EXHIBIT 6

Debtor 1    George W. Nasr                                                      Case number *(if known)*

|  | Debtor 1 **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | Debtor 2 **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $12,250.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips <br> ■ Operating a business | $30,770.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | Debtor 1 **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | Debtor 2 **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|---|

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    **No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■    **Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.
■    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Troy, MI 48098** | 5/2018, 4/2018, 3/2018 | $7,626.00 | $416,831.00 | ■ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ☐ Other___ |

EXHIBIT 6

Debtor 1    George W. Nasr                                                Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103 | $1150.00 October, November, December 2018 | $3,450.00 | $24,150.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other __Car Lease__ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Shivji vs. Nasr, American General<br>BC664177 | Civil Employment Litigation | Los Angeles Superior Court<br>111 North Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| James Southern vs Nasr, American General Private Security Corporation, et al.<br>BC622277 | Class Action for Wage and Hour | Los Angeles Superior Court<br>111 North Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Lopez vs. American General Private security Inc., et al.<br>CIVDS1825885 | Class Action | San Bernardino Superior Court<br>247 West Third Street<br>San Bernardino, CA 92407 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Samerdjian vs. Nasr, et al.<br>30-2018-00972004-CU-WT-CXC | Employment & Wrongful Termination | Orange County Superior Court<br>700 Civic Center Drive<br>Santa Ana, CA 92702 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

EXHIBIT 6

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case number | | | |
| Shivji, Southern vs Nasr, et al. 18STCV09160 | Complaint for Constructice Fraud and Fraudulent Transfer | Los Angeles Superior Court 111 North Hill Street Beverly Hills, CA 90210 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |
| Bmw Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 | 2016 Mini Cooper S. Lease. Car Returned to Dealer in March 2018<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | March 2017 | Unknown |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
■ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 6

Debtor 1    **George W. Nasr**                                     Case number *(if known)*

---

**Part 6:**    **List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Farhat Law Firm, APC<br>232 E Grand Blvd, Suite 202<br>Corona, CA 92879<br>dina@farhatlawfirm.com | Attorney Fees | | $1,200.00 |
| Dollar Learning Foundation, Inc.<br><br>www.dollarbk.org | Certificate of Counseling | 12/28/2018 | $20.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
    Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| George Ahad MD, Inc.<br>947 S. Anaheim Blvd, Suite 240<br>Anaheim, CA 92805<br><br>None | 200,000 shares of corporation known as GEORGE AHAD MD, INC., which constitutes 20% interest in the corporation. | Waiver of any payment as to liability and debt then owned by the corporation. | January 1, 2015 |

---

EXHIBIT 6

Debtor 1    George W. Nasr                  Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Sara Samir Samaan<br>3432 Eagle Crest Drive<br>Corona, CA 92881<br><br>None | 3432 Eagle Crest, Corona, CA | $372,000 (paid off existing mortgage) | 8/22/2017 |
| Samer Kauzman<br>3432 Eaglec Crest Drive<br>Corona, CA 92881<br><br>None | 2011 Ford F150 4d Crew Cab Platinum<br>Mileage 77,328<br>Appraised by Carmax on 1/13/2018 for $19,000 | Paid the sum of $21,500 | January 18, 2018 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No

■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| The Ana and Josy Trust (9/13/2013) | Real Property located at 1038 McCall Drive, Corona, CA 92882 (per divorce decree, this home belongs to Debtor) Real Property located at 1240 N. Jefferson Drive, Suite D, Anaheim, CA 92807 (per divorce decree, this property belongs to Lorin Mansour) | 10/22/2013 |

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Citibank<br>P.O. Box 77713<br>Corona, CA 92877 | XXXX-2805 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Closed on 1/9/2018 | $347.18 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | . | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

EXHIBIT 6

Debtor 1    George W. Nasr                                      Case number *(if known)*

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 6

Debtor 1    George W. Nasr

Case number *(if known)*

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| American General Private Security Corp.<br>1240 N. Jefferson Street #D<br>Anaheim, CA 92807 | Security Guard<br><br>Karam Azmy<br>585 N. Mountain Avenue, Suite D<br>Upland, CA 92786 | EIN:  20-8629132<br><br>From-To  2007 - 2017 |
| A&G Uniform Inc<br>4371 Driving Range Road<br>Corona, CA 92883 | Business never operated. Corporation has never done business and been working on closing corporation.<br><br>Karam Azmy<br>585 N. Mountain Avenue, Suite D<br>Upland, CA 91786 | EIN:  47-4555040<br><br>From-To  7/10/2015 (never operated or done business since inception) FTB Suspended |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Karam Azmy, Accountant<br>585 N. Mountain Avenue<br>Upland, CA 91786 | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

George W. Nasr
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    **January 11, 2019**                     Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 6

# EXHIBIT 7



**Secretary of State**
**Articles of Incorporation of a**
**General Stock Corporation**

**ARTS-GS**

**FILED** CAB
Secretary of State
State of California

**MAR 2 2 2018** 

ICC   **This Space For Office Use Only**

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee — $100.00**

**Copy Fees —** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise
Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

---

**1.  Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is   SAFECO PRIVATE SECURITY INC.

---

**2.  Business Addresses** (Enter the **complete** business addresses.)

| a. Initial Street Address of Corporation - **Do not list a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 3432 EAGLE CREST DR | CORONA | CA | 92881 |
| b. Initial Mailing Address of Corporation, if different than Item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

---

**3.  Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SAMER | | KAUZMAN | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 3432 EAGLE CREST DR | CORONA | CA | 92881 |

**CORPORATION** -- Complete Item 3c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| |

---

**4.  Shares** (Enter the **number of shares** the corporation is authorized to issue.  **Do not** leave blank or enter zero (0).)

This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is _____   1000000   .

---

**5.  Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

---

**6.  Read and Sign Below** (This form must be signed by each incorporator.  **See instructions for signature requirements.**)

Signature

KARAM AZMY
Type or Print Name

ARTS-GS (REV 04/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT 7

# State of California
## Secretary of State

| | S |
|---|---|

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | NAME | | | | |
| 11. | NAME | | | | |
| 12. | NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 15. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-200 (REV 01/2013)　　　　　　　　　　　**Page 1 of 1**　　　　　　　　　　APPROVED BY SECRETARY OF STATE

EXHIBIT 7

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**PLAINTIFFS**

LYNDA T. BUI, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of George W. Nasr

**DEFENDANTS**

SARA SAMAAN aka SARA SAMIR SAMAAN, an individual

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

Leonard M. Shulman - Bar No. 126349
Brandon J. Iskander - Bar No. 300916
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)

☐ Debtor          ☐ U.S. Trustee
☐ Creditor        ☐ Other
☒ Trustee

**PARTY** (Check One Box Only)

☐ Debtor          ☐ U.S. Trustee
☐ Creditor        ☒ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT FOR: 1) AVOIDANCE OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550; CAL. CIV. CODE §§ 3439.04, 3439.07]; 2) AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550; CAL. CIV. CODE §§3439.04, 3439.05, 3439.07]; 3) PRESERVATION OF AVOIDED TRANSFERS [11 U.S.C. § 551]; 4) DISALLOWANCE OF CLAIMS [11 U.S.C. § 502(d)]; and 5) UNJUST ENRICHMENT [11 U.S.C. § 105]

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒3 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒1 13-Recovery of money/property - §548 fraudulent transfer
☒2 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation

☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒4 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>GEORGE W. NASR aw American General Private Security Corp aw A&G Uniform Inc. | BANKRUPTCY CASE NO.<br>6:19-bk-10263-SY | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT | DIVISION OFFICE<br>RIVERSIDE DIVISION | NAME OF JUDGE<br>HONORABLE SCOTT H. YUN |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Brandon J. Iskander | | |
| DATE<br><br>June 10, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Brandon J. Iskander | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located.  Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate.  There also may be lawsuits concerning the debtor's discharge.  If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form B1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF).  When completed, the cover sheet summarizes basic information on the adversary proceeding.  The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court.  The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney).  A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.**  Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.**  Give the names and addresses of the attorneys, if known.

**Party**.  Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.**  Enter the dollar amount being demanded in the complaint.

**Signature.**  This cover sheet must be signed by the attorney of record in the box on the second page of the form.  If the plaintiff is represented by a law firm, a member of the firm must sign.  If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.